IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-00976-LTB-KLM

TWILIGHT HOVEY, individually, and as Personal Representative of the Estate of Leah Ford,

    Plaintiff,

v.

CHAD JENKINS, and
ADAMS COUNTY SHERIFF'S OFFICE,

    Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order of Judge Lewis T. Babcock entered on November 15, 2021 [Doc #77], it is ORDERED that Defendants' Motion to Dismiss [Doc #57] is GRANTED. It is

FURTHER ORDERED that The Estate's 42 U.S.C. §1983 claim against Deputy Jenkins (the First Claim for Relief in the Amended Complaint [Doc #56]) is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). It is

FURTHER ORDERED that The Estate's 42 U.S.C. §1983 claim against Adams County based on Failure to Train (the Third Claim for Relief in the Amended Complaint [Doc #56]) is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). It is

FURTHER ORDERED that Ms. Hovey's state claim for wrongful death under C.R.S. §13-21-201 against Adams County (the Second Claim for Relief in the Amended Complaint [Doc #56]) is DISMISSED WITH PREJUDICE based on agreement of the parties.  It is

FURTHER ORDERED that Ms. Hovey's state claim for wrongful death under C.R.S. §13-21-201 against Deputy Jenkins is DISMISSED WITHOUT PREJUDICE because the Court declines to exercise supplemental jurisdiction over this state law claim pursuant to 28 U.S.C. §1367(c).  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendants Chad Jenkins and Adams County Sheriff's Office and against Plaintiff Twilight Hovey.  It is

FURTHER ORDERED that Defendants shall have their costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 15th day of November, 2021.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/Emily Buchanan
Emily Buchanan, Deputy Clerk